DAVID WARSHAWSKY v. DOUGLAS L. WARD and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, as Trustee, etc., v. 100 WEST 55TH STREET, INC., and Others. GRACE W. COUGHLAN and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Estate of LILLY EMMA LEOPOLD, Also Known as EMMA CARUS.— Motion granted. Order resettled and filed. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Estate of LILLY EMMA LEOPOLD, Also Known as EMMA CARUS.— Motion granted; question certified. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MODERN SECURITY COMPANY OF PHILADELPHIA v. HARLEM MORTGAGE CORPORATION and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

OTTO G. INNES v. HERMAN G. E. BORCHERT.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IRVING SWARTZMAN, an Infant, etc., and Another v. SOCOL REALTY COMPANY. — Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Proving the Last Will and Testament of ANNE CHRISTINE NORMAN BOOTH, Deceased, as a Will of Real and Personal Property.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NORTHERN TERMINAL CORPORATION OF NEW YORK v. JAMES N. BUTTERLY and Others, and DYCKMAN MARKET TERMINAL CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HENRY C. WELTZIEN and Others v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GUSTAV J. DOHRENWEND v. ANNA HOCHSTIM.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ETTORE SACCHI and Another v. SALVATORE D'ALESSANDRO and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Petition of UPPER HUDSON RYE FLOUR MILLS, INC., for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, in Charge of the Assets of the BANK OF UNITED STATES, to Turn over to Petitioner Certain Funds Collected by Said Bank.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.